# CIVIL CALENDAR/MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 5th FLOOR     TIME: 9:30 AM
### MAGISTRATE JUDGE JOHN J. O'SULLIVAN

Case No. 14-60658-CIV-ALTONAGA     Date: 7/1/14     End: 1:20

Clerk: Cherle R. Griffin     DAR No: 13:12:08

Court Reporter: N/A

Case Title: LESSAGE V. GRAND COURT VILLAGE, INC., ET AL

P. Attorney(s): ~~ALLISON DUFFIE~~, DARREN ROUSSO, ~~JOSHUA ENTIN~~

D. Attorney(s): LESLIE LANGBEIN

Reason for Hearing: SETTLEMENT

Result of Hearing: SETTLEMENT CONFERENCE HELD. Case settled. Order to follow.